IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

COREY D. THOMAS,                          )
                                          )
        Plaintiff,                        )
                                          )
        v.                                )          CV 321-044
                                          )
JERMAINE WHITE, Warden; JACOB             )
BEASLEY, Deputy Warden; VERONICA          )
STEWART, Deputy Warden; and TIMOTHY       )
WARD, Commissioner GA. DOC,               )
                                          )
        Defendants.                       )

_____

**ORDER**
_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this case.

SO ORDERED this _____ day of October, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE